UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THERESA E. BOYD-TAYLOR, MACHELL E.           :
FOX, SHARON G. GOODENOUGH, MARK W.
GRIMM, JUDY G. HALLFORD, JENNIFER A.         :
HENSLEY, INMAN L. JONES, JR., KAY L.
KOTAN, LEONARD R. LANZILLOTTI,               :
THOMAS F. MOORE, MARGUERITE O'GARA,
DONNIS L. PAYNE, KATHERINE D.                :
REDMAN, ROCHELLE M. RIPPETOE, SALLY
M. SANZONE, MELISSA A. SEABORN,              :
DEANNA M. SMITH-BREZNY, JANET S.
SOULSBY, JANETTE M. STOKES, CAROLYN          :
E. UPTON, JULIANA WELLS-VARGAS,
ROSEMARIE WILDER, AMIE J. WILLARD,           :
BARBARA A. WILLIAMS, KELLY M. WORD,
                                             :
       Plaintiffs.                                Civil Action
v.                                           :    No. 04-11325-GAO
                                             :
INDEVUS PHARMACEUTICALS, INC., F/K/A         :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME             :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-            :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS           :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,             :
                                             :
       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: July 14, 2004  
      Boston, Massachusetts

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.

2