UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x
THERESA E. BOYD-TAYLOR, MACHELL E. :
FOX, SHARON G. GOODENOUGH, MARK W.
GRIMM, JUDY G. HALLFORD, JENNIFER A. :
HENSLEY, INMAN L. JONES, JR., KAY L.
KOTAN, LEONARD R. LANZILLOTTI, :
THOMAS F. MOORE, MARGUERITE O'GARA,
DONNIS L. PAYNE, KATHERINE D. :
REDMAN, ROCHELLE M. RIPPETOE, SALLY
M. SANZONE, MELISSA A. SEABORN, :
DEANNA M. SMITH-BREZNY, JANET S.
SOULSBY, JANETTE M. STOKES, CAROLYN :
E. UPTON, JULIANA WELLS-VARGAS,
ROSEMARIE WILDER, AMIE J. WILLARD, :
BARBARA A. WILLIAMS, KELLY M. WORD,
:
    Plaintiffs,                              :    Civil Action
v.                                                                    No. 04-11325-GAO
                                                                    :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :

    Defendants.                             :
------------------------------------ x

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  August 2, 2004<br>          Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant,<br>Indevus Pharmaceuticals, Inc. |